IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LASHAWN WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:14-cv-1965 |
| | ) |
| TOWN OF SMYRNA, TENNESSEE, | ) Judge Sharp |
| and DON GODBY, Officer of Smyrna, | ) |
| Tennessee Police Department, | ) |
| | ) |
| Defendant. | ) |

## ORDER

For the reasons discussed in the Memorandum filed contemporaneously herewith, the Court rules as follows:

(1) Defendant Town of Smyrna's Motion for Summary Judgment is hereby GRANTED, (Docket No. 36);

(2) Defendant Officer Godby's Motion for Summary Judgment is hereby GRANTED in regards to Plaintiff Williams' negligent infliction of emotional distress claim and DENIED in regards to Plaintiff Williams' Fourth Amendment and false imprisonment claims, (Docket No. 33);

(3) Any of Plaintiff Williams' claims relying on a Fourteenth Amendment analysis separate from a Fourth Amendment analysis are hereby DISMISSED.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE

1